**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*

## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**TOMMIE STRICKLAND,**

       Petitioner,                                               **CASE NO. 2:09-CV-681**
                                                                  **JUDGE MARBLEY**
    v.                                                               **MAGISTRATE JUDGE ABEL**

**PHILLIP KERNS, WARDEN,**

       Respondent.

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED That pursuant to the January 26, 2011 Opinion and Order, the Court ADOPTED AND AFFIRMED the Report and Recommendation; OVERRULED Petitioner's Objections.  This action is DISMISSED.

Date:  **January 26, 2011**                      **James Bonini, Clerk**

                                                                                                                      s/Betty L. Clark
                                                                                         Betty L. Clark/Deputy Clerk